B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)    Case Number **10–34198–DOT**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 14, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:   The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shamecka A Randolph
aka Shamecka A Walker
257 Devon Drive
Ruther Glen, VA 22546

| | |
|---|---|
| Case Number:   10–34198–DOT<br>Office Code:     3 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–3133 |
| Attorney for Debtor(s) (name and address):<br>Richard James Oulton<br>The Debt Law Group, Pllc<br>2807 N Parham Road Ste 107<br>Richmond, VA 23294<br>Telephone number:  (804) 747–7751 | Bankruptcy Trustee (name and address):<br>Bruce E. Robinson<br>P.O. Box 538<br>413 E. Atlantic Street<br>South Hill, VA 23970–0538<br>Telephone number:  (434) 447–7922 |

### Meeting of Creditors:

Date: **July 20, 2010**                            Time:  **11:00 AM**
Location:  **Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:
September 20, 2010**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24–hour case information:**<br>Toll Free 1–800–326–5879 | Date:   June 15, 2010 |

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**

**Richmond Division:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non−debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non−debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: moreheadd              Page 1 of 2                   Date Rcvd: Jun 15, 2010
Case: 10-34198                  Form ID: B9A                 Total Noticed: 75


The following entities were noticed by first class mail on Jun 17, 2010.
db         +Shamecka A Randolph,   257 Devon Drive,   Ruther Glen, VA 22546-1148
aty        +Richard James Oulton,    The Debt Law Group, Pllc,    2807 N Parham Road Ste 107,
             Richmond, VA 23294-4410
9757237    +Advance America,    3940 Plank Rd.,    Suite 101,    Fredericksburg, VA 22407-6869
9757240    +American Collections E,    205 S Whiting St Ste 500,    Alexandria, VA 22304-3632
9757242    +BGE,   PO Box 1475,   Baltimore, MD 21203-1475
9757243    +Bloom & Assoc, P.A.,    1220A East Joppa Road,    Suite 223,    Towson, MD 21286-5817
9757244    +Budget Phone, Inc,    1325 Barksdale Blvd,    Suite 200,    Bossier City, LA 71111-4600
9757246     CCB,   5300 S. 6th Street,    Springfield, IL 62703-5184
9757247    +CCB Credit Services,    PO box 272,   Springfield, IL 62705-0272
9757245    +Cbe Group,   131 Tower Park Dri,    Waterloo, IA 50701-9588
9757248    +Central VA OB/GYN Group PC,    1101 Sam Perry Blvd,    Fredericksburg, VA 22401-4467
9757249    +Century 21,   20049 Jefferson Davis Highway,    Ruther Glen, VA 22546-2909
9757251    +Citifinancial,    605 Munn Rd,   Fort Mill, SC 29715-8421
9757252    +Corey Jackson,    616 Clover Hill Drive,    Ruther Glen, VA 22546-1423
9757253    +Countryside Children's Daycare,    PO Box 510,   Ladysmith, VA 22501-0510
9757255    +Credit Protection Assoc., LP,    Metrocast Communication,    43920 Airport View Dr.,
             Hollywood, MD 20636-3105
9757258   ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,   RICHMOND VA 23261-6666
            (address filed with court: Dominion Virginia Power,     PO Box 26666,    Richmond, VA 23261-6666)
9757256    +Dahlgren Communtied Ltd Partne,    Dahlgren Harbor Apts,    5392 Harbor Court,
             King George, VA 22485-6134
9757257    +Debora A Miller,    9030 Red Oak,   King George, VA 22485-7065
9757259    +Dr/bond Coll,    Po Box 498609,   Cincinnati, OH 45249-8609
9757260    +E-Z Pass Maryland,    Violation Processing Center,    PO Box 5100,   Baltimore, MD 21224-0100
9757263    +EZ Finance Co, Inc,    PO Box 21,   Sealston, VA 22547-0021
9757261     Enterprise,   4863 James Madison Parkway,    King George, VA 22485-5744
9757262    +Enterprise Rent-a-Car,    15425 Dahlgren Rd,   King George, VA 22485-5619
9757264    +Fall Hill Pediatircs,    2300 Fall Hill Ave,   Fredericksburg, VA 22401-3342
9757265    +Food Lion LLC,    PO Box 1549,   Salisbury, NC 28145-1549
9757266    +Fredericksburg Cr Bur,    10506 Wakeman Dr,   Fredericksburg, VA 22407-8040
9757267    +Fredericksburg Emer Med. Allia,    PO Box 808,   Grand Rapids, MI 49518-0808
9757269    +Fredericksburg Motorcars, Inc,    442 Jefferson Davis Highway,    Fredericksburg, VA 22401-3141
9757270    +Fredericksburg Nephrology Asso,    101 Park Hill Drive,    Fredericksburg, VA 22401-3357
9757271    +Global eTelecom, inc,    35008 Emerald Coast Parkway,    4th Floor,    Destin, FL 32541-4754
9757272    +Greentree & Associates,    Po Box 3417,   Escondido, CA 92033-3417
9757273    +Heritage Auto,    1316 Jefferson Davis Hwy,   Fredericksburg, VA 22401-4609
9757274    +Jb Robinson,    Attn: Bankruptcy,    Po Box 1799,   Akron, OH 44309-1799
9757275    +Johnsaon & Glazebrook,    1807 Williams St,   Fredericksburg, VA 22401-5236
9757276    +Linebarger Goggan Blair & Samp,    Attorneys at Law,    10 N. Calvert St., Suite 253,
             Baltimore, MD 21202-1843
9757278     Mary Washington Hospital,    2300 Fall Hill #313,   Fredericksburg, VA 22401-3343
9757279    +MediCorp Health System,    Mary Washington Hospital,    1001 Sam Perry Blvd,
             Fredericksburg, VA 22401-3354
9757280     MediCorp Health System,    ODC Recovery Services,    PO Box 7667,    Fredericksburg, VA 22404-7667
9757281    +Monarch Law Offices,    1001 SW Fifth Ave, Suite 1100,    Portland, OR 97204-1127
9757282     Nco Fin /99,   Pob 41466,    Philadelphia, PA 19101-0000
9757283    +Nco Fin/27,    Attn: Bankruptcy,    Po Box 15889,   Wilmington, DE 19850-5889
9757284    +Nicolas Garcia,    7351 Garcia Court,   King George, VA 22485-7207
9757286    +PGBA, LLC,    Tiicare North Region Claims,    PO Box 870140,   Myrtle Beach, SC 29587-9740
9757285    +Penn Credit Corporation,    PO Box 988,   Harrisburg, PA 17108-0988
9757287    +Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541-1067
9757288    +Quest Diagnostics,    1901 Sulphur Spring Rd,    Halethorpe, MD 21227-2943
9757289     RACSB,   600 Jackson Street,    Fredericksburg, VA 22401-5719
9757290     Radiologic Assoc of Fredericks,    PO Box 7819,   Fredericksburg, VA 22404-7819
9757291    +Regent Assesset,    7290 Samuel Dr, Ste 300,    Denver, CO 80221-2790
9757292    +Risk Management Alternatives,    PO Box 105321,    Atlanta, GA 30348-5321
9757295    +Sullivan Properties, Inc.,    5392 Harbor Ct.,   King George, VA 22485-6134
9757296     SunTrust DDA Recovery Dept.,    PO Box 26150/VA-RIC-9394,    Richmond, VA 23260-6150
9757297    +T-Netix,   PO Box 701028,    Dallas, TX 75370-1028
9757298     Telecheck Bankruptcy Dept,    PO Box 4451,   Houston, TX 77210-4451
9757299    +University Physicians,    405 W Redwood St., 5th Fl,    Baltimore, MD 21201-7008
9757300    +Untd Consume,    14205 Telegragh Rd,   Woodbridge, VA 22192-4615
9757301    +UrologyAssoc of Fredericksburg,    1051 Care Way,   Fredericksburg, VA 22401-8425
9757303    +Violation Processing Center,    PO Box 1234,   Clifton Forge, VA 24422-0724
9757304     Virginia Credit Union,    PO Box 900100,   Richmond, VA 23225-0000
9757306    +Walter J. Sheffield, ATTY,    PO Box 7906,   Fredericksburg, VA 22404-7906
9757307    +Weisfield Jewelers,    Attn: Bankruptcy,    Po Box 3680,   Akron, OH 44309-3680
9757308     Woodforest Bank,    PO Box 7889,   Spring, TX 77387-7889

The following entities were noticed by electronic transmission on Jun 16, 2010.
tr         +EDI: QBEROBINSON.COM Jun 16 2010 08:58:00     Bruce E. Robinson,    P.O. Box 538,
             413 E. Atlantic Street,   South Hill, VA 23970-2701
9757236    +EDI: AAEO.COM Jun 16 2010 08:58:00     Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
             Kennesaw, GA 30144-3672
9757239     EDI: AFNIRECOVERY.COM Jun 16 2010 08:58:00     Afni, Inc.,    404 Brock Drive,   PO Box 3427,
             Bloomington, IL 61702-3427
9757238    +EDI: AFNIRECOVERY.COM Jun 16 2010 08:58:00     Afni, Inc.,    Attn: DP Recovery Support,
             Po Box 3427,   Bloomington, IL 61702-3427
9757241    +EDI: RMCB.COM Jun 16 2010 08:58:00     American Medical Coll Agency,
             2269 S. Saw Mill River Road,    Bldg. 3,   Elmsford, NY 10523-3848
9757250    +EDI: CIAC.COM Jun 16 2010 08:58:00     Citifinancial,    Attn: Bankruptcy Dept,
             1111 Northpoint Dr,   Coppell, TX 75019-3831
```

```
District/off: 0422-7           User: moreheadd             Page 2 of 2              Date Rcvd: Jun 15, 2010
Case: 10-34198                 Form ID: B9A                Total Noticed: 75

The following entities were noticed by electronic transmission (continued)
9757254      +EDI: CCS.COM Jun 16 2010 08:58:00      Credit Collection Services,   Two Wells Avenue,
              Dept. 9134,   Newton Center, MA 02459-3208
9757277      +E-mail/Text: ebnsterling@weltman.com                              Marks And Morgan,   375 Ghent Rd,
              Akron, OH 44333-4601
9757293       EDI: PHINRJMA.COM Jun 16 2010 08:58:00      Rjm Acq Llc,   575 Underhill Blvd,   Suite 224,
              Syosset, NY 11791-3416
9757294      +EDI: SEARS.COM Jun 16 2010 08:58:00      Sears/cbsd,   701 East 60th St N,
              Sioux Falls, SD 57104-0432
9757302       EDI: AFNIVZWIRE.COM Jun 16 2010 08:58:00      Verizon Wireless,   PO Box 17120,
              Tucson, AZ 85731-7120
9757305       EDI: FUNB.COM Jun 16 2010 08:58:00      Wach/rec,   Po Box 3117,   Winston Salem, NC 27102-0000
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9757268*       Fredericksburg Emer Med. Allia,   PO Box 808,   Grand Rapids, MI 49518-0808
                                                                                          TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 17, 2010**          **Signature:**    _Joseph Speetjens_